ESTATE OF BRENDAN BOYLE et al., Appellants, v JAMES SMITH et al., Defendants, and OTTO GARCIA et al., Respondents.

Submitted December 5, 2005; decided December 15, 2005

Motion by American Tort Reform Association for leave to file

a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.